MARCH 24, 1914.

*Metal polish.*—Neustadter & Bros. *v.* United States (1349).

APRIL 2, 1914.

*Wood pulp.*—Germania Importing Co. *v.* United States (913); Hawley & Letzerich *v.* United States (1163).

APRIL 3, 1914.

*Wood pulp.*—Page, Newell & Co. *v.* United States (1151).

MAY 15, 1914.

*Lava stone.*—Downing & Co. *v.* United States (1389).

---

### REHEARING.

FEBRUARY 5, 1914.

*Shortage.*—United States *v.* Bush & Co. (1164).    Denied.

FEBRUARY 10, 1914.

*Fraudulent entry.*—United States *v.* Spingarn Bros. (1072).    Denied.

FEBRUARY 27, 1914.

*Clerical error.*—Hampton, jr., & Co. *v.* United States (1186).    Denied.

MARCH 25, 1914.

*Gauge of beer.*—United States *v.* Neustadtl (1266).    Granted.

MAY 28, 1914.

*Bagging.*—Hawley & Letzerich *v.* United States (1224).    Granted.
*Tam O'Shanter stones.*—Waddell & Co. *v.* United States (1245).    Denied.

---

### REMANDED.

SEPTEMBER 30, 1913.

*White pigment.*—Innis *v.* United States (1154).

FEBRUARY 17, 1914.

*Reliquidation.*—United States *v.* Vitelli & Son (1084).

---

### MODIFIED.

MARCH 16, 1914.

*Lambskins.*—Vandiver *v.* United States (1240).

---

### REARGUMENT ORDERED.

MAY 28, 1914.

*Inspectors' fees.*—Atlantic Transport Co. *v.* United States (1337).